UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. H-13-245 |
| DOMINGUEZ MORALES-MARTINEZ | § | |

### ORDER

The United States' Motion for Remission of Special Assessment is **GRANTED**.

Signed on this ___11th___ day of ___October___, 2013.

_____
UNITED STATES DISTRICT JUDGE